# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                              **Chapter:** 13

Jireh Pitts
8202 Terra Valley Lane
Tomball, TX 77375
**SSN:** xxx–xx–0000                            **Case No.:** 25–11250–BLS

### CERTIFICATION OF CLERK AND ORDER OF DISMISSAL
### FOR FAILURE TO TIMELY FILE REQUIRED DOCUMENTS

The undersigned Deputy Clerk of the above Court certifies that:

1. The above–entitled case was filed on 6/30/25, without all documentation necessary to complete the filing.

2. The clerk issued a notice concerning deficiency to the debtors and the debtor(s) attorney stating the deadline for filing the required documents, schedules, statements and/or lists and advising that failure to cure the deficiency would result in the dismissal of the case; or an order was entered granting an extension of time to file such documents, and

3. As of this date, some or all of the required documents have not been filed with the Clerk of Court.

Dated: 7/8/25

_Stephen Grant_
Stephen L Grant, Clerk of Court

/s/Sharon A Page
_____
Deputy Clerk

### ORDER

Based on the foregoing Certification to Rule of Bankruptcy Procedure 1006 and 1007 and Local Rule 1017–1, **IT IS HEREBY ORDERED**, that the above–entitled case is **DISMISSED**.

**Date Order Signed: 7/8/25**

Dated: 7/8/25
(VAN–315)

_Brendan Linehan Shannon_
Brendan Linehan Shannon
U.S Bankruptcy Judge